IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS A. MCCORMICK PLAINTIFF

v. Case No. 6:26-cv-06071

DEPUTY WHITE (Warden, Omega Unit), *et. al.* DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Ford found that Plaintiff has failed to keep the Court apprised of his current address and has failed to comply with two Court orders and a Clerk's notice. Therefore, Judge Ford recommended that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to prosecute this case and failure to obey the orders of the Court pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.

Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 11) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge